UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-01624-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

   Plaintiff has not paid the $400 filing fee for this action or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

   Accordingly, the Court ORDERS Plaintiff, **within 45 days** of the date of service of this order, to submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400 filing fee. No requests for an extension of time will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 16, 2020**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE