UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>            Plaintiff,<br><br>    v.<br><br>KEN CLARK,<br><br>            Defendant. | Case No. 1:20-cv-01624-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF**<br><br>(Doc. 8) |

Plaintiff has filed a documented titled, "Motion to Grant Cause of Action in Full Sui Juris." (Doc. 8.) The Court is unsure of what relief Plaintiff is seeking. To the extent that Plaintiff is requesting that the Court allow this case to proceed, the Court advises him that it must first screen his complaint pursuant 28 U.S.C. § 1915A. The Court will screen the complaint in due course. If this is not the relief that Plaintiff is requesting, and he chooses to refile his motion, he should be clearer about the relief he seeks.

Based on the foregoing, the Court DENIES Plaintiff's motion.

IT IS SO ORDERED.

Dated:     **January 21, 2021**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE